Frederic I. Berkley, Esq.
Nevada Bar No.: 1798
Johnathon Fayeghi, Esq.
Nevada Bar No.: 12736
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, NV  89145
Telephone: (702) 360-6000
Facsimile: (702) 360-0000
Email:  fberkley@sklar-law.com
            jfayeghi@sklar-law.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WNDG, LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Susan Lantow as Trustee of The Susan Lantow Living Trust Dated May 26, 2006.<br><br>Defendant. | CASE NO.: 2:24-cv-00263-CDS-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER OR RESPOND TO PLAINTIFF'S COMPLAINT**<br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff WNDG, LLC ("Plaintiff"), through its undersigned counsel of record and Defendant Susan Lantow as Trustee of The Susan Lantow Living Trust Dated May 26, 2006 ("Defendant"), through her undersigned counsel of record, as follows:

1. On February 6, 2024, Plaintiff filed its Complaint alleging claims for relief for breach of contract and negligent misrepresentation against Defendant. ECF 1.

2. On or about March 17, 2024, Plaintiff allegedly served the Summons and Complaint on Defendant. ECF 10.

3. Defendant was unable to retain counsel to respond to the Complaint until April 2, 2024.

1

4. Accordingly, pursuant to LR IA 6-1(a), the Parties wish to extend the deadline for Defendant to respond to the Complaint by approximately 4 days in order to allow Defendant's counsel to adequately investigate the facts and prepare a responsive pleading.

5. For these reasons, the Parties stipulate and agree that Defendant shall have up to and including April 12, 2024, within which to file her response to Plaintiff's Complaint.

6. No discovery deadlines or dates for trial have been set.

7. This is the Parties' first request to extend Defendant's response deadline.

8. This stipulation is brought in good faith by the Parties and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 8th day of April, 2024.

HOLLEY DRIGGS

/s/ *Don C. Fletcher*
R. McKay Holley, Esq.
Nevada Bar No. 15934
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101
mholley@nevadafirm.com
-and-
FLETCHER BARNES LAW, PLC
Don C. Fletcher, Esq.
Arizona Bar No. 012140
10429 South 51st Street, Suite 225
Phoenix, Arizona 85044
*Attorneys for Plaintiff*

DATED this 8th day of April, 2024. SKLAR WILLIAMS PLLC

/s/ *Johnathon Fayeghi*
Frederic I. Berkley, Esq.
Nevada Bar No. 1798
Johnathon Fayeghi, Esq.
Nevada Bar No. 12736
410 S. Rampart Blvd., Ste. 350
Las Vegas, NV 89145
fberkley@sklar-law.com
jfayeghi@sklar-law.com
*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4/9/2024

2

| | |
|---|---|
| **From:** | John Fayeghi |
| **Sent:** | Monday, April 8, 2024 2:38 PM |
| **To:** | Amanda Brandon |
| **Cc:** | Frederic Berkley |

**From:** Don Fletcher <dfletcher@FletcherBarnesLaw.com>
**Sent:** Monday, April 8, 2024 2:04 PM
**To:** John Fayeghi <jfayeghi@sklar-law.com>
**Cc:** McKay Holley <mholley@nevadafirm.com>
**Subject:** FW: WNDG, LLC v. Susan Lantow as Trustee of The Susan Lantow Living Trust Dated May 26, 2006 (Case 2:24-cv-00263)

## External Email

John:

Yes, you have our permission to sign and file with the Court.

Thank you.

Don C. Fletcher
**FLETCHER BARNES LAW PLC**
10429 South 51st Street, Suite 225
Phoenix, AZ  85044
602-523-3007 (Office)
602-471-8185 (cell)

dfletcher@fletcherbarneslaw.com
www.fletcherbarneslaw.com

CONFIDENTIALITY NOTICE This electronic transmission and any attachments are the confidential property of the sender, and the materials are privileged communications intended solely for the receipt, use, benefit, and information of the intended recipient indicated above.  If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, or the taking of any other action in reliance on the contents of this electronic transmission is strictly prohibited, and may result in legal liability on your part.  If you have received this transmission in error, please notify Fletcher Barnes Law PLC immediately by telephone at (602) 523-3007 or by email at dfletcher@fletcherbarneslaw.com and destroy this electronic transmission.

**From:** John Fayeghi <jfayeghi@sklar-law.com>
**Sent:** Monday, April 8, 2024 9:52 AM
**To:** Don Fletcher <dfletcher@FletcherBarnesLaw.com>; mholley@nevadafirm.com
**Cc:** Frederic Berkley <fberkley@sklar-law.com>; Amanda Brandon <abrandon@sklar-law.com>; Timothy Barnes <tbarnes@FletcherBarnesLaw.com>
**Subject:** RE: WNDG, LLC v. Susan Lantow as Trustee of The Susan Lantow Living Trust Dated May 26, 2006 (Case 2:24-cv-00263)

Don,