Frederic I. Berkley, Esq.
Nevada Bar No.: 1798
Johnathon Fayeghi, Esq.
Nevada Bar No.:  12736
SKLAR WILLIAMS PLLC
410 South Rampart Boulevard, Suite 350
Las Vegas, NV  89145
Telephone: (702) 360-6000
Facsimile: (702) 360-0000
Email:  fberkley@sklar-law.com
             jfayeghi@sklar-law.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WNDG, LLC, an Arizona limited liability company,<br><br>　　　　　　　Plaintiff<br><br>　　　vs.<br><br>Susan Lantow as Trustee of The Susan Lantow Living Trust Dated May 26, 2006,<br><br>　　　　　　　Defendant | CASE NO.: 2:24-cv-00263-CDS-BNW<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

　　　Plaintiff WNDG, LLC ("Plaintiff"), through its undersigned counsel of record and Defendant Susan Lantow as Trustee of The Susan Lantow Living Trust Dated May 26, 2006 ("Defendant"), through her undersigned counsel of record, hereby stipulate and request that the above-captioned case be dismissed in its entirety with prejudice. Each party is to bear her/his/its own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the parties respectfully request that this matter be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATED this 27th day of December, 2024.　　　DATED this 27th day of December, 2024.

SPENCER FANE LLP　　　　　　　　　　SKLAR WILLIAMS PLLC

/s/ R. McKay Holley　　　　　　　　　　　/s/ Johnathon Fayeghi
R. McKay Holley, Esq.　　　　　　　　　　Frederic I. Berkley, Esq.
Nevada Bar No. 15934　　　　　　　　　　Nevada Bar No. 1798
300 South Fourth Street, Suite 1600　　　　　Johnathon Fayeghi, Esq.
Las Vegas, NV 89101　　　　　　　　　　Nevada Bar No. 12736
mholley@spencerfane.com　　　　　　　　410 S. Rampart Blvd., Ste. 350
-and-　　　　　　　　　　　　　　　　　Las Vegas, NV 89145
FLETCHER BARNES LAW, PLC　　　　　　fberkley@sklar-law.com
Don C. Fletcher, Esq.　　　　　　　　　　jfayeghi@sklar-law.com
Arizona Bar No. 012140　　　　　　　　　*Attorneys for Defendant*
10429 South 51st Street, Suite 225
Phoenix, Arizona 85044
*Attorneys for Plaintiff*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

Dated: December 30, 2024

_____
Cristina D. Silva
United States District Judge

2